UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS VILLANUEVA ABARCA,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No. 1:26-cv-05436-DAD-SCR

ORDER REFERRING ACTION FOR FURTHER PROCEEDINGS BEFORE THE MAGISTRATE JUDGE

On June 24, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's habeas action be severed from six other petitioners' petitions. (Doc. No. 11.) The magistrate judge did not recommend a final disposition for this action. (*Id.* at 10.) On July 14, 2026, the court adopted those findings and recommendations in part and severed this action. (Doc. No. 12.) This now severed case is REFERRED back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **July 15, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE